UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

IOANNIS VOULELAKIS                    :

        Plaintiff,            :

    -against-                         :

U.S. CITIZENSHIP AND IMMIGRATION SERVICES, :

        Defendant.            :

------------------------------------- x

07 Civ. 3588 (AJP)

RULE 16 INITIAL PRETRIAL
CONFERENCE ORDER

**ANDREW J. PECK, United States Magistrate Judge:**

    Based on the Initial Pretrial Conference pursuant to Rule 16, Fed. R. Civ. P., held on June 28, 2007 before Chief Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

    1.    All fact and expert discovery must be completed by September 28, 2007. Mandatory initial disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P., is due July 12, 2007.

    2.    Each party will notify this Court by October 2, 2007 as to whether it intends to move for summary judgment. Summary judgment motions must be filed by October 19, 2007, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and my chamber rules.

3.  The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and my chamber rules by October 19, 2007 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

4.  A status conference will be held before the undersigned on August 13, 2007 at 9:30 a.m. in Courtroom 20D (500 Pearl Street).

5.  The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was provided at the conference.

SO ORDERED.

DATED:   New York, New York
         June 29, 2007

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Carolyn R. Wah, Esq.
                              Andrew McNeela, Esq.

C:\ORD\16RULES