United States District Court for the Southern District of New York

Civil Action, File Number 07 CV 3588

————————————————————————— x

IOANNIS VOULELAKIS

      Plaintiff,                                        PLAINTIFF'S
                                                                    INITIAL DISCLOSURES

against —

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

      Defendant.

————————————————————————— x

      COMES NOW, Plaintiff, Ioannis Voulelakis, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(a)(1), and hereby makes its initial disclosures as follows:

I.     INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT MAY BE USED TO SUPPORT PLAINTIFF'S CLAIMS:

1. Plaintiff Ioannis Voulelakis.

2. Further, Plaintiff's initial disclosure is made without the benefit of any discovery and prior to Defendant's answers. Plaintiff reserves the right to amend his disclosures to add additional witnesses.

II.    CATEGORY AND LOCATION OF DOCUMENTS:

1. Plaintiff Ioannis Voulelakis's complete file with the U.S. Citizenship and Immigration Services, including all applications and petitions for lawful permanent residence and citizenship.

2. Further, Plaintiff's initial disclosure is made without the benefit of any discovery and prior to Defendant's answers. Plaintiff reserves the right to amend his disclosures to add additional documents.

Plaintiff has already provided as an attachment to the complaint documentation indicating that, under Greece law, the Plaintiff has no criminal record.

III.   COMPUTATION OF DAMAGES:

Not applicable to this action.

IV.     INSURANCE INFORMATION:

Not applicable to this action.

Dated: July 10, 2007

                                  Watchtower Bible and Tract Society of
                                  New York, Inc., Legal Department

                                  *Carolyn R. Wah*
                                  Carolyn R. Wah
                                  Associate General Counsel
                                  25 Columbia Heights
                                  Brooklyn, New York 11201
                                  (718) 560-5000

                                  Attorney for the Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served, by regular U.S. mail, upon ANDREW McNEELA, Assistant U.S. Attorney, 86 Chambers Street, Third Floor, New York, NY, on this 10th day of July 2007.

                                  *Naomi Thomas*
                                  Naomi Thomas

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF PUTNAM  )

On the 10th day of July, in the year 2007, before me, the undersigned, personally appeared Naomi Thomas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

*Kathryn Quandt*
Kathryn Quandt

      KATHRYN L. QUANDT
   Notary Public, State of New York
             No. 4962648
     Qualified in Putnam County
Commission Expires Feb. 26, 2010