


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3d Floor
New York, New York 10007

July 18, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/18/07

BY FACSIMILE
The Honorable Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan United
  States Courthouse
500 Pearl Street, Room 620
New York, NY 10007

Re:   Voulelakis v. U.S. Citizenship and Immigration Services,
      07 Civ. 3588 (AJP)

Dear Judge Peck:

We write respectfully to request an extension of time nunc pro tunc for the Government to file its answer in the above-referenced matter from July 9, 2007, to July 27, 2007. We apologize for making this request in an untimely fashion: the Government's deadline to answer was not properly calendered, an error which the Government first became aware of today during a routine review of the case file. We request additional time to answer the complaint because, due to the press of business, the undersigned Assistant has not yet been able to fully review the administrative file pertaining to the denial of plaintiff's naturalization application. This is the Government's first request for an extension of time to file its answer. Counsel for the plaintiff, Carolyn R. Wah, Esq., has consented to this request. This request, if granted, will not require modification of the June 29, 2007 Scheduling Order.

**MEMO ENDORSED**
7/18/07

APPROVED.

SO ORDERED

Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
for the Southern District of New York

By: /s/
ANDREW M. McNEELA
Assistant United States Attorney
Telephone: (212) 637-2741

cc: <u>BY FACSIMILE AND REGULAR MAIL</u>
Carolyn R. Wah, Esq.
Associate General Counsel
Watchtower Bible Tract Society of New York Inc.,
   Legal Department
100 Watchtower Drive
Patterson, NY 12563

2

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  July 18, 2007                                    Total Number of Pages:  3

| TO | FAX NUMBER |
|---|---|
| Andrew McNeela, Esq. | 212-637-2786 |
| Carolyn R. Wah, Esq. | 845-306-0709 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 7/18/07**

**Approved.**