# WATCHTOWER
Bible and Tract Society of New York, Inc.

Legal Department
100 Watchtower Drive, Patterson, NY 12563-9204, U.S.A.
Phone: (845) 306-1000   Fax: (845) 306-0709

August 2, 2007

Andrew M. McNeela  **BY FAX AND UPS**
Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

Re:   *Voulelakis v. U.S.C.I.S.*
      Case Number 07-CV-3588

Dear Mr. McNeela:

In anticipation of our upcoming conference with Magistrate Peck, I am requesting the opportunity to review your client's files. Can we arrange a time and place for me to review and photocopy all records in your client's possession relating to this matter? This request includes, but is not limited to, correspondence, memoranda, e-mails, notations, petitions, and applications in any form, including hard copy or electronic on personal computer, laptop, or any other electronically maintained form or any other source.

Thank you for your cooperation in this matter.

Very truly yours,

Carolyn R. Wah
Associate General Counsel

CRW:nt

c: client